# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO M. TORRES,<br><br>   Petitioner,<br><br>   v.<br><br>B. CURRY, Warden,<br><br>   Respondent. | Civil No.   06cv1855-WQH (NLS)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than November 27, 2006,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of the Court shall send a blank motion to proceed in forma pauperis form to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: September 26, 2006

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge